# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 3:16-CR-1 (CAR) |
| | : | |
| **NARAYANA MOORE,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

### ORDER ON RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation to dismiss Defendant's motion for credit for time served in which Defendant seeks credit for time served. Defendant has not filed an objection to the Recommendation, and the time to do so has now expired. Upon review of the record of the case, the Court agrees with the findings and conclusions of the United States Magistrate Judge that because there is no indication Defendant has exhausted administrative remedies, and because this Court lacks jurisdiction to entertain a Section 2241 petition in this case, Defendant's motion must be dismissed. Accordingly, the Recommendation [Doc. 45] is hereby **ADOPTED AND MADE THE ORDER OF THE COURT**, and Defendant's Motion [Doc. 44] is **DIMISSED**.

**SO ORDERED,** this 2nd day of May, 2022.

                                                  S/ C. Ashley Royal_____
                                                  C. ASHLEY ROYAL, SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT